UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. HERRERA,<br><br>        Petitioner,<br><br>    v.<br><br>W. L. MONTGOMERY, Warden,<br><br>        Respondent. | No. 1:16-cv-01112-LJO-JLT (HC)<br><br>**ORDER DENYING MOTION TO ISSUE CERTIFICATE OF APPEALABILITY AS MOOT**<br><br>**[Doc. No. 30]** |

On February 24, 2017, the Court issued an order granting Respondent's motion to dismiss and dismissing the petition for writ of habeas corpus. In addition, the Court declined to issue a certificate of appealability. On March 30, 2017, Petitioner filed a notice of appeal and the appeal was processed to the Ninth Circuit Court of Appeals on April 3, 2017.

On April 7, 2017, Petitioner filed a motion for certificate of appealability. Insofar as the Court has already declined to issue a certificate of appealability, the motion is moot.

Accordingly, Petitioner's motion for certificate of appealability is DENIED.

IT IS SO ORDERED.

    Dated:   **April 11, 2017**                      **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES CHIEF DISTRICT JUDGE